# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JUDITH JEAN HOFFMAN |
| **Case Number:** | 13-05478-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 01, 2013 09:30 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | SUE ROSS |

### *Matter:*

MOTION TO EXTEND THE AUTOMATIC STAY FILED BY DEBTOR (fr. 6/27/13)

### *Appearances:*

GEORGE BYE & TERRY WALKER, ATTORNEY FOR JUDITH HOFFMAN
JUDITH HOFFMAN

### *Disposition:*

Automatic stay imposed only through 8/8/13 conditioned upon The debtor maintaining a separate bank account for payments to the senior lien holder in the amount of $2,663.00.

Mr. Bye to submit an order with the following deadlines to be completed by 7/25/13.
1) Submit a declaration from the debtor regarding the set-up of a cash collateral bank account.
2) All tax returns completed.
3) Serve and file a lien strip motion.
4) Serve and file a disclosure statement and chapter 11 plan.
5) Past property taxes paid.
6) Submit an operating report.