__XXX__   (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Office of the U.S. Trustee
ATTN:  Kristin T. Mihelic
402 West Broadway, Suite 600
San Diego, CA 92101-8511

American Coradius International LLC
2420 Sweet Home Road, Suite 150
Amherst, NJ 14228-2244

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

CitiBank
P. O. Box 29262
New York, NY 10087-9262

CitiBank - Home Depot
P. O. Box 6405
Sioux Falls, SD 57117-6405

CitiBank – Mastercard
P. O. Box 6406
Sioux Falls, SD 57117-6406

City of San Diego
1010 2nd Avenue, Ste 666
San Diego, CA 92101-4920

Daniel I. Singer, Esq.
LAW OFFICES OF LES ZIEVE
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648-1349

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Donald Detisch
1010 Second Avenue, Suite 1810
San Diego, CA 92101-4916

Duvera Collections
1959 Palomar Oaks Way
Carlsbad, CA 92011-1313

//

Franchise Tax Board
Bankruptcy Section MS A340
P. O. Box 2952
Sacramento, CA 95812 2952

GEMB/Walmart
P. O. Box 981400
El Paso, TX 79998-1400

Internal Revenue Service
2525 Capital Street
Fresno, CA 93721-2227

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

Chief, Special Procedures Section – Insolvency
Internal Revenue Service
P. O. Box 30213
Laguna Niguel, CA  92607-0213

U.S. Attorney for Southern District of California
(for Internal Revenue Service)
940 Front Street, Room 5152
San Diego, CA  92101-8800

JWP Lenders
2539 S. Main Street
Santa Ana, CA 92707

Melissa Nicol
5086 Guava St., #115
La Mesa, CA 91942-8323

OCWEN Loan Servicing
P. O. Box 6440
Carol Stream, IL  60197-6440

Ocwen Loan Servicing, LLC
c/o Law Offices of Les Zieve
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648-1349

PRA Receivables, MGMT, LLC
P. O. Box 12914
Norfolk, VA 23541-0914

Robert D. Hoffman
262 West Gennessee
Kirwin, KS 67644

Sears/CBSD
P. O. Box 6189
Sioux Falls, SD 57117-6189

//

Shell/CITI
P. O. Box 6497
Sioux Falls, SD 57117-6497

U. S. Bank Corp.
P. O. Box 5229
Cinncinnati, OH 45201-5229

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

USAA
2011 Western Avenue, Ste 400
Seattle, WA 98121

Wachovia-Wells Fargo
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251-4200

Wells Fargo Financial, CA, Inc.
4137 121st Street
Urbandale, IA 50323-2310

Judith Jean Hoffman
2918 Marquette Street
San Diego, CA 92106-1010

_____    (BY CERTIFIED MAIL [PURSUANT TO FRBP 7004(h)]) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope addressed to an officer of the institution, with certified first class postage thereon fully prepaid, and certified by and deposited with the United States Postal Service this same day at the United States Postal Service, addressed as follows:

_____    (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

_____    (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

_____    (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be transmitted by facsimile device this same date to the offices of the following: