# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | JUDITH JEAN HOFFMAN |
| **Case Number:** | 13-05478-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 08, 2013 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | NINA GRIMLER |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 VOLUNTARY PETITION (fr. 7/17/13)

2) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FILED BY U.S. TRUSTEE

### Appearances:

JUDSON HENRY, ATTORNEY FOR JUDITH HOFFMAN - Telephonic
KRISTIN MIHELIC, ATTORNEY FOR U.S. TRUSTEE

### Disposition:

1 & 2)  Continued to 9/12/13 @ 2:00 PM, Department 1.  Automatic stay extended to 9/12/13.  Order to be prepared and submitted by Mr. Henry.  Status report to be submitted by 9/5/13.