CSD 1100 [03/04/13]
Name, Address, Telephone No. & I.D. No.

Judson H. Henry     (SBN 226743)
Law Office of Judson H. Henry
6041 Brookside Circle
Rocklin, CA  95677
(916) 899-6224; (530) 672-1510     [fax] (888) 986-8168
jhhenry2000@yahoo.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

JUDITH JEAN HOFFMAN

BANKRUPTCY NO. 13-05478

Debtor.

**FIRST AMENDED AMENDMENT**

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [ ] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required.  See instructions on reverse side.
    - [ ] Correcting or deleting other information.  See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [✓] Schedule I - Current Income of Individual Debtor(s)
- [✓] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- [ ] Other: _____

Dated: August 7, 2013          Signature /s/ Judson H. Henry
                                         Attorney for Debtor

**DECLARATION OF DEBTOR**

I [We]  Judith Jean Hoffman  and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___3___ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 8/7/13     /s/ Judith Jean Hoffman
                  Debtor                                         Joint Debtor

CSD 1100                                                **REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1100 (Page 2) [03/04/13]

**INSTRUCTIONS**

A.  Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are <u>not</u> to be attached.
   1. Before each entry, specify the purpose of the amendment by inserting:
      a. "ADDED," if the information was missing from the previous document filed; or
      b. "CORRECTED," if the information modifies previously listed information; or
      c. "DELETED," if previously listed information is to be removed.
   2. At the bottom of each page, insert the word "AMENDED."
   3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED <u>AFTER</u> THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __7__ day of __August__, __2013__, I served a true copy of the within AMENDMENT by [describe here mode of service]

U.S. Mail

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]  Chpt. 7 Trustee:

(see attached address list)

[ ✓ ]  For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ]  For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1500
San Diego, CA 92101

[ ]  For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __August 7, 2013__
(Date)

/s/ Judson H. Henry
(Typed Name and Signature)

6041 Brookside Circle
(Address)

Rocklin, CA  95677
(City, State, ZIP Code)

CSD 1100

__XXX__   (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

Office of the U.S. Trustee
ATTN:  Kristin T. Mihelic
402 West Broadway, Suite 600
San Diego, CA 92101-8511

American Coradius International LLC
2420 Sweet Home Road, Suite 150
Amherst, NJ 14228-2244

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

CitiBank
P. O. Box 29262
New York, NY 10087-9262

CitiBank - Home Depot
P. O. Box 6405
Sioux Falls, SD 57117-6405

CitiBank – Mastercard
P. O. Box 6406
Sioux Falls, SD 57117-6406

City of San Diego
1010 2nd Avenue, Ste 666
San Diego, CA 92101-4920

Daniel I. Singer, Esq.
LAW OFFICES OF LES ZIEVE
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648-1349

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Donald Detisch
1010 Second Avenue, Suite 1810
San Diego, CA 92101-4916

Duvera Collections
1959 Palomar Oaks Way
Carlsbad, CA 92011-1313

//

Franchise Tax Board
Bankruptcy Section MS A340
P. O. Box 2952
Sacramento, CA 95812 2952

GEMB/Walmart
P. O. Box 981400
El Paso, TX 79998-1400

Internal Revenue Service
2525 Capital Street
Fresno, CA 93721-2227

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

Chief, Special Procedures Section – Insolvency
Internal Revenue Service
P. O. Box 30213
Laguna Niguel, CA  92607-0213

U.S. Attorney for Southern District of California
(for Internal Revenue Service)
940 Front Street, Room 5152
San Diego, CA  92101-8800

JWP Lenders
2539 S. Main Street
Santa Ana, CA 92707

Melissa Nicol
5086 Guava St., #115
La Mesa, CA 91942-8323

OCWEN Loan Servicing
P. O. Box 6440
Carol Stream, IL  60197-6440

Ocwen Loan Servicing, LLC
c/o Law Offices of Les Zieve
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648-1349

PRA Receivables, MGMT, LLC
P. O. Box 12914
Norfolk, VA 23541-0914

Robert D. Hoffman
262 West Gennessee
Kirwin, KS 67644

Sears/CBSD
P. O. Box 6189
Sioux Falls, SD 57117-6189

//

Shell/CITI
P. O. Box 6497
Sioux Falls, SD 57117-6497

U. S. Bank Corp.
P. O. Box 5229
Cinncinnati, OH 45201-5229

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

USAA
2011 Western Avenue, Ste 400
Seattle, WA 98121

Wachovia-Wells Fargo
Attn: Bankruptcy
4101 Wiseman Blvd
San Antonio, TX 78251-4200

Wells Fargo Financial, CA, Inc.
4137 121st Street
Urbandale, IA 50323-2310

Judith Jean Hoffman
2918 Marquette Street
San Diego, CA 92106-1010

_____     (BY CERTIFIED MAIL [PURSUANT TO FRBP 7004(h)]) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope addressed to an officer of the institution, with certified first class postage thereon fully prepaid, and certified by and deposited with the United States Postal Service this same day at the United States Postal Service, addressed as follows:

_____     (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

_____     (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

_____     (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be transmitted by facsimile device this same date to the offices of the following: